## J. T. NICHOLSON v. THE STATE.

No. 23391. Delivered June 12, 1946.
Rehearing Denied June 28, 1946.

The opinion states the case.

*J. Y. Gray,* of Tyler, for appellant.

Ernest S. Goens, State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for driving an automobile upon a public highway while intoxicated, the punishment assessed being one year in the penitentiary.

The indictment charges the present offense, and also charges a prior conviction for drunken driving.

The indictment is in proper form. No statement of facts or bills of exception are found in the record. Nothing is presented for review.

The judgment is affirmed.

#### ON MOTION FOR REHEARING.

KRUEGER, Judge.

In his motion for a rehearing appellant asserts that we erred in the original disposition of this case, because the opinion is contrary to the law and facts. This motion is too general in this: that it fails to point out wherein the opinion is contrary to the facts and the law. However, we have again reviewed the record and remain of the opinion that the case was properly disposed of on the original submission.

The motion for rehearing is overruled.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.